

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00130-CV

**IN RE** Jerry **RUMFIELD** and Diana Rumfield, Individually and as sole heirs and personal representatives to the Estate of Brad Rumfield

Original Mandamus Proceeding[1]

PER CURIAM

Sitting: Lori Massey Brissette, Justice
    H. Todd McCray, Justice
    Velia J. Meza, Justice

Delivered and Filed: March 5, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On February 25, 2025, relators filed a petition for a writ of mandamus and an emergency motion for stay.

After considering the mandamus petition and record, this court concludes relators are not entitled to the relief sought. Therefore, relators' petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relators' emergency motion for stay is DENIED AS MOOT.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 21-07-0572-CVA, styled *Jerry Rumfield and Diana Rumfield, Individually and as sole heirs and personal representatives to the Estate of Brad Rumfield v. Jimmy G. Garza*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Jennifer M. Dillingham presiding.